# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case No.: 2:22-cv-00382-TLN-CKD |
| Plaintiff, | Judge Troy L. Nunley |
| vs. | [~~PROPOSED~~] **ORDER REQUIRING FURTHER STATUS REPORT** |
| JOHN DOE subscriber assigned IP address 98.244.43.95, | |
| Defendant. | |

Having reviewed the Status Report filed on May 2, 2022 by Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), the Court hereby orders that Plaintiff file a further status report by no later than June 2, 2022 (unless the action is dismissed on or before June 2, 2022, then no further status report is required).

**DONE AND ORDERED**.

Dated: May 4, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1