# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 98.244.43.95,<br><br>　　　　　　Defendant. | Case No.: 2:22-cv-00382-TLN-CKD<br><br>Judge Troy L. Nunley<br><br>[PROPOSED] ORDER:<br><br>**(1) ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT, SUMMONS AND RETURN OF SUMMONS UNDER SEAL;**<br><br>**(2) EXTENDING TIME WITHIN WHICH TO EFFECTUATE SERVICE ON DEFENDANT; AND**<br><br>**(3) REQUIRING FURTHER STATUS REPORT** |

Having reviewed the Application and Status Report filed on May 31, 2022 by Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), the Court hereby orders as follows:

(1) Plaintiff is to file on the public docket a redacted version of the First Amended Complaint, the Summons and the Return of Service, which each document redacting the defendant's name and any identifying information, and Plaintiff is file unredacted copies of these documents under seal;

1

(2) The deadline by which Plaintiff must effect service of the First Amended Complaint and Summons on the defendant shall be thirty (30) days after the unredacted First Amended Complaint and Summons are issued by the clerk of the Court to Plaintiff; and

(3) Plaintiff must file a further status report by no later than August 1, 2022 (unless the action is dismissed on or before August 1, 2022, then no further status report is required).

**DONE AND ORDERED**.

Dated: June 1, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.stri0382.fs